[No. 7672–8–I. Division One. December 17, 1980.]

*In the Matter of* ANGELA CLOYD.

Appeal from a judgment of the Superior Court for Skagit County, No. 77–4029, Walter J. Deierlein, Jr., J., entered May 3, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Dore, J.

[No. 8446–1–I. Division One. December 17, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH C. WILKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10489, Jack S. Kurtz, J., entered January 18, 1980. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and James, J.

[No. 8042–3–I. Division One. December 17, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN WALTER CHRISTIAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85506, T. Patrick Corbett, J., entered September 24, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, J., Dore, J., dissenting.

[No. 7822–4–I. Division One. December 17, 1980.]

RITTENHOUSE–ZEMAN & ASSOCIATES, INC., *Appellant*, v. JEAN BEKEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. D–109069, James A. Noe, J., entered May 22, 1979. *Dismissed* by unpublished per curiam opinion.